IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DONALD W. TOENNIGES,

    Plaintiff

    VS.                          NO. 1:09-CV-165 (WLS)

GEORGIA DEPARTMENT OF
CORRECTIONS,

                                     **PROCEEDINGS UNDER 42 U.S.C. §1983**
    Defendant             **BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION

Plaintiff **DONALD W. TOENNIGES** has filed a motion asking the Court to grant him a temporary restraining order. Tab #2. However. injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. *Cunningham v. Adams*, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. *Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983).

After a careful review of plaintiff's motions for injunctive relief in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction. Accordingly, it is **RECOMMENDED** that plaintiff's motions be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the District Judge to whom this case is assigned WITHIN TEN (10) DAYS after being served with a copy of this order.

**SO RECOMMENDED**, this 8th day of NOVEMBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE